UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:21CR78-PPS/JPK |
| ) | |
| DENEAR LEE SCOTT, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Joshua P. Kolar relating to defendant Denear Lee Scott's agreement to enter a plea of guilty to Count 3 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 16.] Count 3 charges Scott with violated 18 U.S.C. §924(A)(1)(a) by making a false statement with respect to information required by law to be kept in the records of a federally licensed firearms dealer. Following a hearing on the record on August 5, 2021 [DE 19], Judge Kolar found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Kolar recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Dinear Lee Scott's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 19] in their entirety.

Defendant Dinear Lee Scott is adjudged GUILTY of Count 3 of the indictment.

The sentencing hearing is set for **Friday, December 10, 2021 at 10:00 a.m.** Hammond/Central time.

SO ORDERED.

ENTERED: August 20, 2021.

    /s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE